

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Michael Garrison,
   Plaintiff,

V.

Equifax Info. Solutions, TransUnion, L.L.C,
Experian, MCI Telecommunications, Sage Telecom,
AT&T Wireless, and Verizon Wireless.
   Defendants.

Case: 4:15-cv-12880
Judge: Berg, Terrence G.
MJ: Grand, David R.
Filed: 08-11-2015 At 08:31 AM
CMP GARRISON VS. EQUIFAX INFO. SOLUTIONS, ET AL (DP)



RECEIVED
AUG 11 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## **Parties:**

1.) The Plaintiff Michael Garrison is a resident of Ypsilanti, Michigan.

2.) Defendant Equifax is a corporation and Nationwide Credit Reporting Agency having it's principle business address in Atlanta, Georgia being P.O. Box 740256, Atlanta, GA 30348.

3.) Defendant Transunion, L.L.C is a corporation and Nationwide Credit Reporting Agency having it's principle business address in Pennsylvania, being 2 Baldwin Place, P.O. Box 1000, Chester, PA 19022.

4.) Defendant Experian is a corporation and Nationwide Credit Reporting Agency having it's principle place of business in Texas being 701 Experian Parkway, Allen, TX 75013.

1

5.) Defendant Verizon Wireless is a corporation having it's principle place of business in Connecticut being P.O. Box 5029, Wallingford, CT 06492.

6.) Defendant AT & T Wireless is a corporation having it's principle place of business in Illinois, being P.O. Box 6416, Carol Stream, IL 60197.

7.) Defendant Sage Telecom is a corporation having it's principle place of business in Arizonia, being P.O. Box 79051, Phoenix, AZ 85062.

## Jurisdiction

This Court has Jurisdiction in this matter pursuant to the Fair Credit Reporting Act, being 15 U.S.C §1681 et. Seq.,.

## Statement of Facts

8.) On November 25, 2014, Plaintiff Michael Garrison mailed a Free Annual Credit Request form requesting his credit reports from all of the 3 Nationwide Credit Reporting Agencies, being Defendants Equifax, Transunion, and Experian by U.S. Mail with First Class postage being first fully prepaid to the Annual Credit Report Request Service P.O. Box 105281, Atlanta, GA 30348.

9.) On December 10, 2014 the Plaintiff received a response letter from Transunion Dated December 4, 2014 requesting that he fill out a disclosure request form on the back of the letter and asking for 2 forms of proof of his current address.

10.) On December 10, 2014, Defendant Experian also responded to the Plaintiff's request by disclosing his credit report to him which was dated December 4, 2014. The Experian credit report contained at least 4 pages of false and inaccurate information regarding negative credit accounts.

11.) On December 23, 2014 the Plaintiff fully filled out Defendant Transunions's disclosure request form and mailed it by U.S. Mail to Transunion at P.O. Box 2000, Chester, PA 19022, along with 3 proofs of his current mailing address including a certified Michigan Department of Corrections Verification of Incarceration form, a copy of his MDOC prisoner identification card, and an Offender Tracking Info. System printout listing his current address at that time. The Plaintiff in his letter again requested that his credit report be sent to him as soon as possible and Defendant Transunion again never responded.

12.) On December 24, 2014, the Plaintiff sent by U.S. Mail the dispute form contained within his Experian credit report and disputed a negative Afni/Sage Telecom account which he does not owe and which he already previously disputed, a negative Convergent Outsourcing/DirecTv account which he did not owe, and EOS CCA/AT &T Mobile which he was not liable for, and a negative Pinnacle Credit Services/Verizon Wireless account which does not belong to him.

13.) In January of 2015, the Plaintiff was diagnosed with extremely high Hypertension blood pressure due to the stress caused by the Defendant's actions in this matter and was placed on several medications, and which were later again increased as a result. As a result of having to take said blood pressure medications the Plaintiff experienced severe dizziness, nausousness, fatigue and headaches.

14.) On February 3, 2015, the Plaintiff mailed by U.S. Mail another letter to Defendant Transunion stating that it had been 70 days since Plaintiff sent his disclosure form and proofs of his current mailing address and that he had still not received his Transunion credit report in violation of the Fair Credit Reporting Act, and he gave notice that he would file suit if his credit report was not disclosed to him. Defendant Transunion again never responded to Plaintiff's letter.

15.) On February 17, 2015, the Plaintiff again wrote Defendant Experian a letter by U.S. mail to Experian, P.O. Box 2002, Allent, TX 75013 regarding the disputed negative accounts and false information contained in his Experian credit report.

16.) Between February 2015 to around May or June of 2015 the Plaintiff seen psychologist Deserae Acero in Jackson, Michigan regarding his high stress levels caused by the Defendants in this matter.

3

17.) On January 26, 2015, Defendant Experian responded to the Plaintiff's disputes by deleting the inaccurate Convergent Outsourcing/DirecTv which appeared on Plaintiff's Experian credit report since January of 2014, and by deleting the Afni/Sage Telecom account which was reinserted by Experian after it had already been previously deemed false and deleted. Defendant Experian continues to refuse to delete the false EOC/CCA and Pinnacle credit services accounts.

18.) As a result of the false information contained in the Plaintiff's Experian credit report he was denied a loan/credit by Kabbage Inc. On November 23, 2013, and denied a credit card from Citibank On September 18, 2013.

19.) Also as a result of the false information contained in the Plaintiff's Experian credit report file he was quoted higher auto insurance rates by Progressive Insurance Co., Auto Club Insurance Co. and State Farm Auto Insurance Co. On October 5, 2013, and ended up paying a higher auto insurance rate with E-surance Auto insurance.

20.) On March 24, 2015, the Plaintiff's stress level caused his blood pressure to reach a level of 163 (120 is normal). On March 25, 2015 the Plaintiff again was seen by Psychologist Acero regarding his stress levels caused by the actions of the Defendants in this matter.

21.) On April 9, 2015, the Plaintiff again wrote Defendant Transunion for the 4th time requesting a copy of his credit report and informed Transunion of his new address change to Jackson, Michigan and stated again that Transunion was continuing to violate his rights under the Fair Credit Reporting Act-Plaintiff properly addressed and mailed his letter with postage fully prepaid by U.S. Mail to Transunion P.O. Box 2000, Chester, PA 19022.

22.) On April 23, 2015, the Plaintiff received a response letter dated April 21, 2015 from Defendant Equifax requesting 1 proof of identification and 1 proof of the Plaintiff's current address in Jackson, Michigan.

23.) On May 21, 2015, the Plaintiff complied with Defendant Equifax's request by sending a copy of his MDOC Offender Tracking (OTIS) printout of his identification and a May 12, 2015 Court notice from Saginaw County District Court listing his Jackson, MI address. Plaintiff sent this letter by U.S. Mail with First Class postage fully prepaid to Equifax Info. Solutions, P.O. Box 105167,

Atlanta, Ga 30348-5167.

24.) On May 29, 2015 Defendant Equifax finally disclosed the Plaintiff's credit report to him which contained false information in the form of 2 accounts-1 MCI account # 3HR4 Dated 10/06/2010 in the amount of $176 and 1 Pinnacle Credit Services Account # OG09 Dated 10/01/2013 in the amount of $1,035.

25.) On July 10, 2015 the Plaintiff disputed online the false information contained in the Equifax credit file.

26.) On or about July 15, 2015, the Plaintiff applied for and was denied credit cards by Discover, Citibank, Capital One and Target based upon the false information maintained in the Plaintiff's credit reports by the Defendants in this matter.

## CAUSES OF ACTION

**COUNT I:** The Plaintiff hereby incorporates Paragraphs 8 through 24 and states the following:

**DEFENDANTS TRANSUNION AND EQUIFAX HAVE WILLFULLY AND NEGLIGENTLY VIOLATED THE FAIR CREDIT REPORTING ACT AS SET FORTH IN 15 U.S.C §1681g BY FAILING TO DISCLOSE THE PLAINTIFF'S CREDIT REPORT TO HIM WITHIN 15 DAYS AS REQUIRED.**

**COUNT II:** The Plaintiff hereby incorporates Paragraphs 10 through 26 and states as follows:

**DEFENDANTS TRANSUNION, EQUIFAX AND EXPERIAN HAVE WILLFULLY AND NEGLIGENTLY VIOLATED THE FAIR CREDIT REPORTING ACT BY FAILING TO MAINTAIN REASONABLE PROCEDURES TO ASSURE MAXIMUM POSSIBLE ACCURACY CONCERNING THE PLAINTIFF IN HIS CREDIT FILE.**

**COUNT III:** The Plaintiff hereby incorporates paragraphs 1 through 26 and states the following:
**DEFENDANTS EQUIFAX AND EXPERIAN HAVE WILLFULLY AND NEGLIGENTLY VIOLATED THE FAIR CREDIT REPORTING ACT BY FAILING TO CONDUCT A REASONABLE INVESTIGATION INTO THE PLAINTIFF'S DISPUTES CONCERNING HIS CREDIT REPORTS IN VIOLATION OF 15 U.S.C §1681i(a)(1).**

**COUNT IV:** The Plaintiff hereby incorporates paragraphs 1 through 26 and states the following:
**DEFENDANTS DIRECTV, SAGE TELECOM, AT&T MOBILE, AND VERIZON WIRELESS HAVE WILLFULLY AND NEGLIGENTLY VIOLATED THE FAIR CREDIT REPORTING ACT BY FURNISHING FALSE INFORMATION AND FAILING TO REINVESTIGATE THE PLAINTIFF'S DISPUTES CONCERNING HIS CREDIT REPORT IN VIOLATION OF 15 U.S.C §1681s-2b.**

**COUNT V:** The Plaintiff hereby incorporates paragraphs 1 through 26 and states the following:
**ALL OF THE DEFENDANTS HAVE COMMITTED THE TORT OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UNDER MICHIGAN STATE LAW.**

## RELIEF SOUGHT

WHEREFORE The Plaintiff respectfully requests that this Honorable Court will Grant Declaratory and Injunctive relief against all Defendants and award Compensatory, Punitive and Exemplary damages in the amount of $600,000 against each Defendant in this matter.

DATED: August 3, 2015      *[signature]*

Clerk of the Court
U.S. District Court
Eastern District of Michigan
200 E. Liberty St.
Ann Arbor, MI 48104

**RE: New Action for Filing**
  <u>Michael Garrison</u> v <u>Equifax Info. Solutions et. al.,</u>
  **Case No:**
   **HONORABLE:**

August 5, 2015

Dear Clerk;

Please find enclosed for filing in the above-entitled matter: **COMPLAINT UNDER THE FAIR CREDIT REPORTING ACT, 15 U.S.C §1681, AND PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS.**
Please assign a Judge and case number as soon as possible. Thank You.

Sincerely,

*[signature]*
Michael Garrison

Michael Garrison
In Pro Per.
351 Orchard St.
Ypsilanti, MI 48197

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

County in which action arose _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Michael Garrison

**DEFENDANTS**
Equifax Info Solutions, et al

**(b)** County of Residence of First Listed Plaintiff   Washtenaw
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   out state
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Other Personal Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
_____
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**  $ 600,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE  8/11/15
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?    ☐ Yes  ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

| | | |
|---|---|---|
| ☑ | Two (2) completed **Civil Cover Sheets**. | |
| ☑ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>1 Complaint provided<br>_____ + 2 = _____ **Complaints**.<br>*# of Defendants*    *Total*<br><br>Received by Clerk: DP   Addresses are complete: _____ | CLERK TO AFFIX<br><br>CASE ASSIGNMENT LABEL<br><br>HERE |
| ☐ | If any of your defendants are **government agencies**:<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. | |

| | **If Paying The Filing Fee:** | | **If Asking That The Filing Fee Be Waived:** |
|---|---|---|---|
| ☐ | Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #: _____ | ☑ | Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br>1 IFP provided<br><br>Received by Clerk: _____ |

**Select the Method of Service you will employ to notify your defendants:**

| **Service via Summons by Self** | | **Service by U.S. Marshal**<br>(Only available if fee is waived) | | **Service via Waiver of Summons**<br>(U.S. Government cannot be a defendant) |
|---|---|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br>N/A<br><br>Received by Clerk: DP | ☐ | Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>N/A<br><br>Received by Clerk: DP | ☐ | You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants.   N/A |

**Clerk's Office Use Only**

Note any deficiencies here:

Rev. 4/13