**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN (FLINT)**
_____

MICHAEL GARRISON,

    Plaintiff,

vs.                      CASE NO.  4:15-cv-12880-TGB-DRG
                          (Consolidated with 4:15-cv-12980)
                          Judge Terrence G. Berg
                          Magistrate Judge David R. Grand

EQUIFAX INFO. SOLUTIONS;
TRANSUNION, L.L.C.;
EXPERIAN; MCI
TELECOMMUNICATIONS;
SAGE TELECOM; AT&T
WIRELESS; and VERIZON
WIRELESS;

    Defendants.

_____

**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANTS MCI TELECOMMUNICATIONS AND VERIZON, ONLY**

_____

Plaintiff Michael Garrison, pro se, and Defendants MCI Telecommunications and Verizon, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendants MCI Telecommunications and Verizon, Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Michael Garrison against Defendants MCI Telecommunications and Verizon only are dismissed, with prejudice. Plaintiff Michael Garrison and Defendants MCI Telecommunications and Verizon shall each bear their own costs and attorneys' fees.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2017
Flint, Michigan

DISTRIBUTION TO:

| | |
|---|---|
| Jordan S. Bolton, Esq.<br>jbolton@clarkhill.com | Sidney L. Frank, Esq.<br>slfrank@wwrplaw.com |
| William J. Stapleton, Esq.<br>wstapleton@hooperhathaway.com | Tamara E. Fraser, Esq.<br>tefraser@wwrplaw.com |
| Jeffrey J. Quas, Esq.<br>jeffreyquas@sbcglobal.net | Kendall W. Carter, Esq.<br>kcarter@kslaw.com |
| David M. Schultz, Esq.<br>dschultz@hinshawlaw.com | Jennifer W. Weller, Esq.<br>jweller@hinshawlaw.com |
| Debra A. Miller, Esq.<br>dmiller@schuckitlaw.com | Michael Garrison<br>PO Box 981346<br>Ypsilanti, MI  48198-1346 |